# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**WILMER ARIEL GOMEZ HERNANDEZ,**
Appellant,

v.

**DEPARTMENT OF REVENUE CHILD SUPPORT PROGRAM** and
**KEYRIN MARIA DIAZ,**
Appellees.

No. 4D2025-2024

[January 22, 2026]

Appeal from the State of Florida Department of Revenue Child Support Program; CSP Case No. 2002127492; Depository No. 50250003465CA.

Wilmer Ariel Gomez Hernandez, West Palm Beach, pro se.

James Uthmeier, Attorney General, Tallahassee, and Sarah C. Prieto, Assistant Attorney General, Fort Lauderdale, for appellee Department of Revenue Child Support Program.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***